UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :        98-CR-1055-JSR
           -v-                      :
                                    :
SAL TRAVELLA                        :
                                    :
                                    :
------------------------------------x

## MOTION TO SEAL DOCUMENT

Sal Travella, through undersigned counsel, respectfully moves the Court for an order sealing his unredacted sentencing submission, filed on December 29, 2023. *See* Dkt. 28. This unredacted sentencing submission contains sensitive medical diagnoses, which could affect Mr. Travella's privacy. Undersigned counsel has separately filed a redacted version of the identical sentencing submission. *See* Dkt. 27.

Dated: December 29, 2023

                                    Respectfully Submitted,

                                    /s/ _____
                                    **Kristoff I. Williams**

                                    Assistant Federal Defender
                                    Federal Defenders of New York
                                    52 Duane Street, 10th Floor
                                    New York, New York 10007
                                    Tel.: (212)-417-8791

SO ORDERED

_____
        USDJ

1-3-24

1